UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK EUGENE HATCHER,

    Plaintiff,

v.                                                                CASE NO. 8:26-cv-217-JLB-CPT

HARDEE CORRECTIONAL
INSTITUTION, *et al.*,

    Defendants.
_____/

## <u>ORDER DISMISSING CASE</u>

Plaintiff, a Florida prisoner, initiated this action *pro se* by filing a civil rights complaint (Doc. 1) in which he alleges that Defendants have denied him adequate medical care.    Plaintiff also moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.   (Doc. 2).

Section 1915(g) provides:

(g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

1

Plaintiff's prior actions dismissed as either frivolous, malicious, or for failing to state a claim upon which relief may be granted include: (1) 3:23-cv-1302-HES-LLL (M.D. Fla.); (2) 3:24-cv-1017-MMH-SJH; and (3) 3:25-cv-1098-WWB-PDB (M.D. Fla.).   Because Plaintiff has had at least three prior dismissals that qualify under Section 1915(g) and because he alleges no facts showing he is under imminent danger of serious physical injury, he may not proceed *in forma pauperis*.   Plaintiff may initiate a new civil rights case by filing a civil rights complaint and paying the filing fee in full.

Accordingly:

1. The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, in a new case with a new case number, upon the payment of the filing fee.

2. The Clerk must dismiss any pending motions as moot and close the case.

ORDERED in Tampa, Florida, on January 30, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2